## Second Department, December Term, 1892.

mule was conclusive upon the defendant, and he could not claim a lien upon the mule for any greater sum for such keeping.

Jesse E. Sisson, Respondent, v. Jeremiah Bauder, Appellant. — Judgment affirmed, with costs.

Susan B. Yerkes, Respondent, v. Charles McFadden, Sr., and another, Appellants, Impleaded, etc. — Order of Special Term reversed, with ten dollars costs and disbursements, and the attachment vacated as to appellants only.

Edward J. Hingston and others, Respondents, v. Ezra B. Knapp and others, Appellants. — Injunction order modified so as not to prevent the defendants from pursuing any legal remedies they have, and not to authorize the plaintiffs to wrongfully obstruct or wrongfully inter-fere with the streets and parks of the village of Skancateles, and, as modified, affirmed, with ten dollars costs and disbursements to the appellants.

The People of the State of New York v. The Binghamton Trust Company.—Motion granted on the ground that a question of law is involved in the case, which ought to be reviewed by the Court of Appeals.—(Order filed with the clerk.)

George N. Crouse and another, Appellants, v. Hector B. Johnson, as Sheriff, and Philander Wilson, Respondents. — Motion for leave to appeal to the Court of Appeals denied.

William M. Bell, Respondent, v. W. Ward Spencer, Appellant. — Judgment of the County Court affirmed, with costs.

---

## Second Department, December Term, 1892.

Joseph Hubert, Respondent, v. Sarah E. Bedell, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Henry Henken, Appellant, v. Alice Monaghan and others, Respondents. — Judgment reversed and new trial granted, costs to abide event. Opinions by Pratt, J., and Barnard, P. J.; Dykman, J., not sitting.

Matter of Accounting of Thomas Lamb's Executors. — Part of decree appealed from affirmed, with costs. Opinion by Barnard, P. J.

Mary S. Martin and others, Respondents, v. George Hillen, Appellant.—Judgment affirmed, with costs. Opinions by Barnard, P. J., and Pratt, J.

William N. Dickinson, Respondent, v. James H. Hart, Appellant. —Judgment affirmed, with costs. Opinion by Barnard, P. J.

George Meurer v. Marie Von Krorner. —Judgment affirmed for non-submission of papers under stipulation.

Harrison A. Tucker and others, Appellants, v. Alexander McLean and others, Respondents. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

James O'Neill, Respondent, v. John Nolan, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Cornelius McLean, Appellant, v. George McLean and others, Respondents.—Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Owen Feeney, Appellant, v The Minisccongo Towing Company, Respondent. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., dissenting.

Mary Clemans, Respondent, v. Supreme Assembly, etc., Appellant. — Judgment and order denying new trial affirmed, with costs. Opinions by Barnard, P. J., and Pratt, J.; Dykman, J., not sitting.

Excelsior Brick Company, Plaintiff, v. Village of Haverstraw, Defendant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Dency J. Young and others, Executors, etc., Appellants, v. Hallock F. Luce. Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Harriett S. Rumsey and others, Appellants, v. The New York and New England Railroad Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J., Barnard, P. J., not sitting.

Mathushek Piano Manufacturing Company, Respondent, v. James Pearce, Appellant.—Order denying motion for further bill of particulars reversed, with costs and disbursements, and motion granted that the plaintiff give bill of particulars of all pianos delivered and, not delivered, and all payments and date thereof, with ten dollars costs to abide event. Opinion by Barnard, P. J., Dykman, J., not sitting.

Mathushek Piano Manufacturing Company, Respondent, v. James Pearce, Appellant.—Order denying motion to vacate order of arrest affirmed, with costs and disbursements. Opinion by Barnard, P. J., Dykman, J., not sitting.

George V. Brower, Receiver, etc , Appellant, v. William A. Husted and others, Respondents.— Parts of judgment appealed from by receiver, affirmed. Judgment appealed from by Bonans & Voyes affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Mortimer Mansfield, Respondent, v. Wilhelmina Raab, Executrix, Appellant. —Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Cornelius H. Von Wagoner, v. Wiliam B. Royce and others, Executors. — Motion for reargument denied, with ten dollars costs and disbursements. Opinion by Dykman, J.

John D. Ferguson, Respondent, v. Thomas C. Arnow, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., dissenting.

In the Matter of Esek C. Carpenter. — The respondent Esek C. Carpenter is removed from office of justice of the peace of Orange county. Opinion by Barnard, P. J.

George M. Martin and others, Respondents, v. Samuel C. Freed, Appellant. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Thomas C. Arnow and others, Respondents, v. John D. Ferguson, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.; Barnard, P J., not sitting.

Austin P. Gibbons and others, Respondents, v. James L. Lowrey, Executor, etc., Appellant.— Order denying leave to answer affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Austin P. Gibbons and another Respondents, v. James P. Campbell, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Matter of Petition of the Long Island Railroad Company to acquire lands of Charles Moran and others — Order appointing commissioners affirmed, with costs. Opinion by Pratt, J.

The Village of Jamaica, Appellant, v. The Long Island Railroad Company, Respondent.—Order denying injunction affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Abbot L. Dow, Trustee, v. Margaret H. Dow and others.—Part of decree appealed from affirmed, without costs of reargument. Opinion by Dykman, J.

66 631
148a 410